| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
|   | David C. Wakefield, Esq.   Bar #: 185736 |
| 2 | Theodore A. Pinnock, Esq.   Bar #: 153434 |
|   | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA  92103 |
|   | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |
| 5 | Attorneys for Plaintiff |

Ivan Weinberg, Esq.
Vincent B. McClorg, Esq.
WEINBERG, HOFFMAN, CASEY & ROPERS, LLP
900 Larkspur Landing Circle, Suite 155
Larkspur, California 94939
Telephone:  415.461.9666
Facsimile:   415.461.9681
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY | **Case No.: C 06-1261 CRB** |
| Plaintiff, | **STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFF'S COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.** |
| v. | |
| KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS d.b.a. QUALITY INN & SUITES; ASHOK PATEL, General Partner of KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS; AMIN-CONCORD, LLC; RICHMOND HOSPITALITY INVESTMENTS, INC.; ROSHAN INVESTMENTS, LLC;  And DOES 1 THROUGH 10, Inclusive, | [Fed.R.Civ.P. Rule 41(a)(2)] |
| Defendants. | |

1   Case Number: C06-1261 CRB

Document Date: June 29, 2006

 IT IS HEREBY STIPULATED by and between **ROBERT MCCARTHY,** Plaintiff, on the one hand, and Defendants **KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS d.b.a. QUALITY INN & SUITES; ASHOK PATEL, General Partner of KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS; AMIN-CONCORD, LLC; RICHMOND HOSPITALITY INVESTMENTS, INC.;  and ROSHAN INVESTMENTS, LLC,** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS d.b.a. QUALITY INN & SUITES; ASHOK PATEL, General Partner of KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS; AMIN-CONCORD, LLC; RICHMOND HOSPITALITY INVESTMENTS, INC.; and ROSHAN INVESTMENTS, LLC,** from Plaintiff's Complaint, Case Number C06-1261 CRB.   Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: May 9, 2007    **PINNOCK & WAKEFIELD, A.P.C.**

                      By:   /S/ David C. Wakefield_____
                            DAVID C. WAKEFIELD, ESQ.
                            Attorneys for Plaintiff

Dated:  May 9, 2007   **WEINBERG, HOFFMAN, CASEY & ROPERS, LLP**

                      By:   /S/ Ivan Weinberg_____
                            Ivan Weinberg, Esq.
                            Vincent B. McClorg, Esq.
                            Attorney for Defendants

                                2        Case Number: C06-1261 CRB

Document Date: June 29, 2006

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

**IT IS HEREBY ORDERED** that Defendants **KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS d.b.a. QUALITY INN & SUITES; ASHOK PATEL, General Partner of KMAN PARTNERS a.k.a. K.M.A.N. PARTNERS; AMIN-CONCORD, LLC; RICHMOND HOSPITALITY INVESTMENTS, INC.; and ROSHAN INVESTMENTS, LLC,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-1261 CRB. Additionally, Plaintiff's Complaint be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: May 10, 2007



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

3   Case Number: C06-1261 CRB

Document Date: June 29, 2006